**FILED**

12/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0554

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0554

GARY TAYLOR,

      Petitioner and Appellee,

v.

GEORGE A TAYLOR and
ANNE M. TAYLOR,

      Respondent and Appellant.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

THOMAS Q. JOHNSON the mediator previously appointed in this matter, has been replaced. Accordingly, Thomas Q. Johnson's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **BRENDA WAHLER** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgment appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 7th day of December, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Caitlin T. Pabst
      Kevin Vainio
      Thomas Q. Johnson
      Brenda Wahler